IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

(1) SARAH KINAIA, Individually and )
as Administrator of the Estate of )
AUSTIN RUSSELL HALL, Deceased, )
      Plaintiff, )
       )
v. ) Case No. 25-cv-00572-R
       )
(1) KEURIG DR. PEPPER; )
(2) SPLASH TRANSPORT, INC., )
(3) THE AMERICAN BOTTLING CO.; )
(4) MICHAEL BLACK, an individual, )
       )
      Defendants. )

## AMENDED COMPLAINT

COMES NOW the Plaintiff, Sarah Kinaia, as Administrator of the Estate of Austin Russell Hall, Deceased, and for her cause of action against the Defendants, Keurig Dr. Pepper; Splash Transport, The American Bottling Company, and Michael Black driver, alleges and states as follows:

1. Plaintiff is the surviving parent of Austin Russell Hall and is a resident of the state of Florida.  Austin Russell Hall, Deceased, was twenty-seven (27) years old at the time of his death, and was a resident of Canadian County, Oklahoma.

2. Plaintiff Sarah Kinaia has been appointed Administrator of the Estate of Austin Russell Hall (Canadian County District Court, Case No. PB-2024-235).

3. Defendant Keurig Dr. Pepper ("Defendant Keurig") is corporation organized under the laws of the State of Delaware.

4. Defendant The American Bottling Company ("Defendant American") is corporation organized under the laws of the State of Delaware.

5. Defendant Splash Transport ("Defendant Splash") is corporation organized under the laws of the State of Delaware.

6. Defendant Michael Black is an Oklahoma citizen and driver, agent, employee, or servant for Defendants Keurig, American, Splash.

7. The collision which is the subject of this lawsuit occurred in Canadian County, Oklahoma.

8. Defendants Keurig, American, and Splash maintain property and conduct regular business in Oklahoma County, Oklahoma.

9. On October 31, 2023, Austin Hall was operating his vehicle eastbound on SW 15th Street near Westbury Terrace.  Upon information and belief, a delivery vehicle owned and operated by Keurig, American, Splash and driven by Defendant Black, the agent, servant and/or employee of Defendants, and while acting within the course and scope of his employment in a vehicle furnished by Defendants was travelling westbound on SW 15th and improperly and negligently entered Hall's lane of eastbound travel causing Hall to swerve into the westbound lanes to avoid a collision ultimately causing Hall's vehicle to be impacted by another driver going westbound on SW 15th .  This westbound driver saw the delivery truck enter Hall's lane of travel.   The delivery truck left the scene after causing the collision.

10. Upon information and belief, the delivery truck owned and operated by Keurig, American, Splash and driven by Black stopped at the intersection of Westbury Terrace and SW 15th St after causing the collision and then left the scene.

11. Defendants were negligent and negligent per se in violating Oklahoma City Ordinances and Oklahoma Statutes in the collision at issue. After the collision Defendant Black intentionally left the scene of the collision without exchanging identification or driver's license information required by 47 O.S. §10-104.

12. Oklahoma law provides for treble damages when a person leaves the scene of a collision without exchanging of information required by 47 O.S. 10-104. Pursuant to 47 O.S. §10-103, "any person violating the provisions of this section shall be subject to liability for damages in an amount equal to three times the value of the damage caused by the accident."[1]

13. Defendants are responsible for Plaintiff's damages under theories of negligence, negligent entrustment, respondeat superior, joint venture, agency, vicarious liability, statutory employment doctrines, and apparent or actual agency.

14. As a result of the negligence of Black, Keurig, American, and Splash, decedent Austin Hall suffered great bodily injury, pain, mental anguish, and ultimately died as a result of the collision. When injured and ultimately dying from his injuries, Austin Hall had a life expectancy of 48.91 years.

---

[1] MCINTOSH v. WATKINS, 2019 OK 6, 441 P.3d 1094

15. The intentional and reckless disregard of the rights of others, and negligent acts and omissions of Defendants, constitute a breach of Defendants' duty to exercise reasonable care in the operation of their vehicle. Defendants' acts and omissions are the direct and proximate cause of the severe injuries and death of Austin Hall and the injuries and damages suffered by Hall and his family. As a result, Plaintiff has suffered damages in excess of $75,000.00.

16. Defendant's negligent acts and omissions are the direct and proximate cause of Austin Russell Hall's injuries and death and the injuries and damages suffered by Plaintiff including, but not limited to, mental and physical pain, suffering, anguish, medical expenses, earnings, burial expenses, death, grief and loss of parental consortium and all other damages available pursuant to 12 O.S. §§ 1051, 1053 and the law of the State of Oklahoma.

17. Each one, some and/or all of the above-described acts of gross negligence, negligence, reckless, malicious, wanton and careless actions of Defendants were the proximate cause of Austin Hall's injuries.

18. Defendants' acts and omissions described herein were grossly negligent, wanton and committed with utter and reckless disregard for their duty to Austin Hall and Plaintiff and all others, entitling Plaintiff to punitive damages under Oklahoma law.

WHEREFORE, premises considered, Plaintiff Sarah Kinaia, Individually and as Administrator of the Estate of Austin Russell Hall, prays for judgment against the

Defendants in an amount in excess of $75,000.00. Moreover, Plaintiff prays for punitive damages against the Defendants in an amount in excess of $75,000.00. Plaintiff additionally prays that the Court award to her all court costs, pre-judgment interest at the statutory rate and for such other and further relief as the Court may deem just and proper.

Respectfully submitted,

s/Jason Waddell
Jason Waddell, OBA No. 30761
Jason Waddell, PLLC
222 NW 13th Street
Oklahoma City, OK 73103
Telephone:   (405) 232-5291
Facsimile:    (405) 708-7871
Jason@JasonWaddellLaw.com

-and-

Kevin Bennett, OBA No. 14185
The Bennett Law Firm
414 NW 4th Street, Suite 100
Oklahoma City, OK 73102
Telephone:   (405) 272-0303
kevin@bennettlawokc.com
**ATTORNEYS FOR PLAINTIFF**

ATTORNEY'S LIEN CLAIMED
JURY TRIAL DEMANDED

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 29, 2025, I electronically transmitted the attached document to the following ECF registrants:

Thomas A. Paruolo
Michael P. Garcia

                                        s/ Jason Waddell
                                        Jason Waddell